Michael S. Adler, SBN 190119
Email: *madler@ta-llp.com*
TANTALO & ADLER LLP
1901 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Telephone: (310) 734-8695
Facsimile: (310) 734-8696

Attorneys for Defendant,
BUZZMEDIA

UNITED STATES DISTRCIT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SID AVERY AND ASSOCIATES a California Corporation, also known as MPTVIMAGES,<br><br>Plaintiff,<br><br>v.<br><br>BUZZMEDIA, INC., a California Corporation, doing business as EGOTASTIC.COM; and DOES 1-10 INCLUSIVE,<br><br>Defendants. | CASE NO. 12-CV-08361 SVW (SHx)<br><br>**STIPULATION TO DISMISS MATTER WITH PREJUDICE**<br><br>[FRCP 41(a)(1)(A)(ii)] |

WHEREAS, on or about September 27, 2012, Plainitff Sid Avery and Associates (also known as MPTVIMAGES) brought suit against Defendant Buzzmedia, and

WHEREAS, on or about November 21, 2012, Buzzmedia answered the complaint and denied any liability, and

WHEREAS, on or about February 4, 2012, the parties have settled the matter on confidential terms calling for a dismissal of this matter with prejudice, with each party to bear its own costs and fees,

THEREFORE, it is STIPULATED and AGREED pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) between the parties that the matter shall be dismissed WITH PREJUDICE, with each party bearing its own costs and fees in this matter.

DATED:  February 15, 2013

ONE LLP

By:  __/Irman Vakil/ (by email approval) _

Attorneys for Plaintiff, Sid Avery and Associates

TANTALO & ADLER LLP

By:  _/Michael S. Adler /
              Michael S. Adler

Attorneys for Defendant, Buzzmedia